UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TEDDY ORIBELLO,<br><br>    Defendant. | Case No.: 05-489 M<br><br>DETENTION ORDER |

Offense charged:

    Count 1: Computer Fraud, in violation of 18 U.S.C. § 1030 (a)(4);

    Count 2: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A..

Date of Detention Hearing:   October 18, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The defendant poses as substantial risk of flight.  Defendant has two warrants outstanding for failures to appear on forgery charges.

    (2)    At the time of his arrest, the defendant had two drivers' licenses which bore his photograph but which also had different names from his real name.

    (3)    Defendant has no stable employment history and is a native and citizen of the Philippines with recent travel to the country.

      (4)    Defendant also poses a risk of danger to the community. Serious issues of abuse of controlled substances are present. In addition, on the day after he was arrested and released on bond for state charges similar to those that are the subject of the pending federal charges, there was access to an alleged victim's account which could be traced to the defendant.

      (5)    There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of October, 2005.

_____
JAMES P. DONOHUE
United States Magistrate Judge